Filed 2/9/26  P. v. Kuhnle CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

|  |  |
|---|---|
| THE PEOPLE,<br><br>  Plaintiff and Respondent,<br><br>v.<br><br>RUSSELL JEFFREY KUHNLE,<br><br>  Defendant and Appellant. | 2d Crim. No. B337879<br>(Super. Ct. No. 23F-02395)<br>(San Luis Obispo County) |

Russell Jeffrey Kuhnle was charged with Corporal Injury to Spouse/Cohabitant/Child's Parent, a felony (Pen. Code,[1] § 273.5, subd. (a), count 1) and violation of a protective order, a misdemeanor (§ 166, subd. (c)(1), count 2).  Aggravating factors were also alleged.  (Cal. Rules of Court, rule 4.421.)

Appellant pleaded no contest to count 2 and sentencing was postponed until the end of the jury trial on count 1.

---

[1] All further statutory designations are to the Penal Code.

After jury trial, appellant was found guilty as charged in count 1.

The trial court subsequently granted appellant's request to replace appointed counsel.

At the sentencing hearing, the trial court denied appellant's section 17(b) motion, placed him on formal probation for three years, and ordered him to serve 364 days in jail with credit of 121 days.  The trial court suspended fees, struck the $1000 statutory fine and $500 domestic violence fee, imposed restitutions fines, and stayed a probation revocation fine.

We appointed counsel to represent appellant in this appeal. After an examination of the record, counsel filed an opening brief that raises no arguable issues.  On September 15, 2025, we attempted to notify appellant by mail that he had 30 days within which to personally submit any contentions or issues he wished us to consider.  The notice was returned to this court on October 6, 2025, marked "Return to Sender ¶ Not Deliverable as Addressed ¶ Unable to Forward."  On October 8, 2025, appointed counsel submitted a declaration notifying the court regarding appellant's change of address.  On October 9, 2025, we mailed the notice to appellant's updated mailing address.  No supplemental brief was filed.

Appellant and the victim were involved in an on again off again dating relationship for six years.  After spending the night together, the victim drove appellant to the Von's grocery store parking lot where she was to drop him off before she went to work.  An argument ensued followed by a physical altercation. Witnesses heard arguing and observed appellant punch the victim in the face.  Appellant testified that he hit the victim in a

2

backhand fashion after she bit him on the forearm.  When she let go of his arm, he quickly got out of the car.

We have reviewed the entire record and are satisfied that appellant's counsel has fully complied with her responsibilities and that no arguable issue exists.  (*People v. Wende* (1979) 25 Cal.3d 436.)

*Disposition*

The judgment is affirmed.

NOT TO BE PUBLISHED.

YEGAN, Acting P. J.

We concur:

BALTODANO, J.

CODY, J.

Michael S. Frye, Judge
Superior Court County of San Luis Obispo

_____


Miriam K. Billington, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance by Respondent.